NO. 22-1989

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

KENNETH FITCH ET AL
                 Plaintiff-Appellant

VS

FEDERAL HOUSING FINANCE AGENCY ET AL
                 Defendant-Appellees

EMOTION TO EXTEND TIME TO FILE PRINTED BRIEF AND PRINTED APPENDIX TO April 27, 2023

     Appellants, by their attorney move this Court for an extension of time to file nine printed copies of the Brief and Addendum and five printed copies of the Appendix in this case to April 27, 023. Appellant Kenneth Fitch has died and an Estate has been opened. The parties are in settlement negotiations and one of the claims ahs been settled in this matter and is awaiting another settlement agreement to close the case and withdraw the appeal

March 23, 2023                                           APPELLANTS
                                                                KENNETH FITCH ET
                                                                By their Attorney

                                                                /s/ John B. Ennis
                                                                JOHN B. ENNIS, ESQ. #2135
                                                                1200 Reservoir Avenue
                                                                Cranston, Rhode Island 02920
                                                                (401) 943-9230
                                                                jbelaw75@gmail.com

CERTIFICATION OF SERVICE

      I hereby certify that I this Motion has been served on all parties of record by electronic filing on March 23, 2023.

<u>/s/ John B. Ennis, Esq.</u>