# United States Court of Appeals
## For the First Circuit

No. 22-1989

KENNETH FITCH; ESTATE OF DIANNE L. FITCH,

Plaintiffs - Appellants,

v.

FEDERAL HOUSING FINANCE AGENCY; FEDERAL NATIONAL MORTGAGE ASSOCIATION; 266 PUTNAM AVENUE, LLC; RUSHMORE LOAN MANAGEMENT SERVICES, LLC; US BANK N.A., as Trustee for RMAC Trust, Series 2016-CTT,

Defendants - Appellees,

HARMON LAW OFFICES, P.C.; WELLS FARGO BANK, N.A.,

Defendants.

**ORDER OF COURT**

Entered: March 23, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Estate of Dianne L. Fitch and Kenneth Fitch to file a brief and appendix be enlarged to and including **April 27, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Zachary W. Berk
Samuel Craig Bodurtha
Rowdy M. Cloud
John B. Ennis
David E. Fialkow
Michael A.F. Johnson
Paige V. Schroeder